# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      : No. 325 EAL 2020
                 Respondent      :
                                           : Petition for Allowance of Appeal
                                           : from the Order of the Superior Court
              v.      :

RONSEAN JOHNSON,      :

                 Petitioner      :

COMMONWEALTH OF PENNSYLVANIA,      : No. 326 EAL 2020
                 Respondent      :
                                           : Petition for Allowance of Appeal
                                           : from the Order of the Superior Court
              v.      :

RONSEAN JOHNSON,      :

                 Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.